```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**JENNY L. GRANT,**

      **Plaintiff,**

vs.                                            Civil Action 2:07-CV-344
                                               Judge Graham
                                               Magistrate Judge King
**MICHAEL J. ASTRUE, Commissioner
of Social Security,**

      **Defendant.**

## ORDER

On August 6, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be remanded pursuant to Sentence 6 of 42 U.S.C. §405(g) for further review of new and material evidence relating to plaintiff's alleged impairments. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is **REMANDED** to the Commissioner of Social Security pursuant to Sentence 6 of 42 U.S.C. §405(g) for further review of new and material evidence relating to plaintiff's alleged impairments.


                                   S/ James L. Graham
                                   James L. Graham
                                   United States District Judge

Date:   August 26, 2008